UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| DOLEN GLENN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CV-208 JD |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

OPINION AND ORDER

Dolen Glenn, a *pro se* prisoner, filed this habeas corpus case challenging the prison disciplinary hearings ISP 11-12-0159 and ISP 11-12-0160. In the first of those hearings, he was found guilty of trafficking and sanctioned with the loss of 60 days earned credit time. In the second he was found guilty of attempted trafficking and sanctioned with the loss of another 60 days earned credit time. The respondent has now filed a motion to dismiss this habeas corpus case because those prison disciplinary cases have been vacated and Glenn's earned credit time restored. In sum, the respondent has conceded and Glenn has won. The disciplinary charges against him are gone and his out date has been adjusted back to where it was before the disciplinary report was filed against him. ECF 38-2. Thus, this case is over because a habeas corpus case cannot proceed unless an inmate is challenging the lengthening of the duration of his confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). For the foregoing reasons, the motion to dismiss is **GRANTED** and this case is **DISMISSED**.

SO ORDERED.

ENTERED: March 21, 2013            /s/ JON E. DEGUILIO
                                   Judge
                                   United States District Court